# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| ) | |
| **James Ward** ) | Case No. 14-20249 |
| **Debtor** ) | |

## AMENDMENT TO CHAPTER 13 PLAN

Comes now the debtor, by counsel, and amends the Chapter 13 plan previously filed herein to reflect the following:

1. Section four of the plan is amended to provide as follows:

**LONG TERM REAL ESTATE MORTGAGE (RESIDENTIAL & NON-RESIDENTIAL) & OTHER LONG TERM DEBTS (EXCEPT STUDENT LOANS) TREATED PURSUANT TO §1322(b)(5) AND EXCEPTED FROM DISCHARGE PURSUANT TO §1328(a)(1)**

   a. Pre-petition arrearages shall be paid by the trustee from the plan payments on a pro rata basis unless otherwise specified in paragraph 13.

   b. If the post-petition real estate mortgage payments are to be paid from the plan payments, the trustee shall pay pursuant to LR 3094-1.

   c. The trustee shall populate the database for post-petition mortgage payments to be paid from the plan payments unless other treatment is clearly specified.

   d. If the court enters an order or judgment post-confirmation that deems a mortgage an unsecured claim, the trustee and the debtor retain the right to amend the plan to comply with 11 U.S.C. §1325(a)(4) and to amend the treatment of the affected creditor.

| Creditor name | Collateral | Post petition monthly payment | Post-petition payment | | Estimated pre-petition arrearage | Arrearage interest rate |
|---|---|---|---|---|---|---|
| | | | Paid through plan | Paid directly | | |
| Wells Fargo | Home at 1414 Friendship Road in Jefferson City, MO | $ 1,401 | ☒ | ☐ | $ 13,281 | zero |

2. Section nine of the plan is amended to provide as follows:

**SECURED CREDITORS - SURRENDER PER §1325(a)(5)(C)**

| Name of Creditor | Collateral to be surrendered | Surrender in lieu of entire debt (leave blank if a deficiency claim is to be allowed) |
|---|---|---|
| Exeter Finance Group | 2014 Honda Civic | |
| GM Financial | 2013 Chevy Cruze | |

1

3.    All other provisions of the plan remain the same.

|  |  |
|---|---|
| **Certificate of Service** | Respectfully Submitted.<br>BAEHR WIGGINS PC |
| I hereby certify that I e-mailed or mailed a copy of this document to all creditors in interest and all attorneys of record on May 14, 2014. | by:    /s/ J. Brian Baehr<br>J. Brian Baehr, #47272<br>2511 Broadway Bluffs Dr.<br>Columbia, MO 65201<br>Telephone:  (573) 499-1310 |
|     /s/ J. Brian Baehr | Facsimile:   (573) 499-1315<br>*Attorney for Debtor* |

2