## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **James Ward** | ) | **Case No. 14-20249** |
| **Debtor** | ) | |

## AMENDMENT TO CHAPTER 13 PLAN

Comes now the debtor, by counsel, and amends the Chapter 13 plan previously filed herein to reflect the following:

1. Section three of the plan is amended to provide as follows:

**PRIORITY CLAIMS**

a. Domestic Support Obligations ("DSO"):

   i. Ongoing post-petition DSO:

      1. Debtor shall make post-petition DSO payments directly to the holder of the claim whether payments are made to the actual recipient or to a governmental unit as assignee.

      2. Pursuant to §112 and FRBP Rule 9037, do not disclose the name of a minor child. Identify only with the minor's initials.

| Debtor's name | Ongoing DSO claim holder name | Address | Telephone number | Direct monthly payment |
|---|---|---|---|---|
| | | | | $ |

   ii. Pre-petition arrearages owed to DSO holders under §507(a)(1)(A) and §507(a)(1)(B) shall be paid by the trustee from plan payments on a pro rata basis from funds available after payment of creditors with an EMA unless otherwise specified in paragraph 13.

| Debtor's name | DSO arrearage claim holder name | Address | Telephone number | Estimated arrearage claim |
|---|---|---|---|---|
| | | | | $ |

   iii. For noticing purposes under §1302(d), if the DSO claim holder listed above in paragraph 3(a)(i) or 3(a)(ii) is a governmental unit, list the name(s), address(es) and phone number(s) of the actual holder of a DSO as defined in §101(14A). Pursuant to §112 and FRBP Rule 9037, do not disclose the name of a minor child. Identify only with the minor's initials.

| Debtor's name | DSO recipient name | Address | Telephone number |
|---|---|---|---|
| | | | |

b. Priority claims other than domestic support obligations:

   i. Shall be paid by the trustee from the plan payments on a pro rata basis unless otherwise specified in paragraph 13. Any other special provisions must be clearly set out in paragraph 13.

   ii. Shall be paid from funds available for this class after payment of creditors with an EMA.

| Priority creditor name | Estimated priority claim |
|---|---|
| IRS | $ 7,852 |

1

2. All other provisions of the plan remain the same.

| | |
|---|---|
| **Certificate of Service** | Respectfully Submitted.<br>BAEHR WIGGINS PC<br>by:   /s/ J. Brian Baehr |
| I hereby certify that I e-mailed or mailed a copy of this document to all creditors in interest and all attorneys of record on July 2, 2014. | J. Brian Baehr, #47272<br>2511 Broadway Bluffs Dr.<br>Columbia, MO 65201<br>Telephone:  (573) 499-1310 |
| /s/ J. Brian Baehr | Facsimile:  (573) 499-1315<br>*Attorney for Debtor* |