**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **James Ward** ) | Case No. 14-20249 |
| **Debtor** ) | |

**AMENDMENT TO CHAPTER 13 PLAN**

Comes now the debtor, by counsel, and amends the Chapter 13 plan previously filed herein to reflect the following:

1. Section one of the plan is amended to provide for a monthly plan payment of $2,325 commencing with the debtor's next due payment and continuing for the duration of the plan.

2. All other provisions of the plan remain the same.

**Certificate of Service**

I hereby certify that I e-mailed or mailed a copy of this document to all creditors in interest and all attorneys of record on September 11, 2014.

　　　/s/ J. Brian Baehr

Respectfully Submitted.
BAEHR WIGGINS PC
by:　　/s/ J. Brian Baehr
J. Brian Baehr, #47272
2511 Broadway Bluffs Dr.
Columbia, MO 65201
Telephone: (573) 499-1310
Facsimile: (573) 499-1315
*Attorney for Debtor*

1